UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. **2:20-cv-04060-AFM**                                    Date: June 10, 2020

Title          **Edward Atkatz v. Hojoon Kim**

Present: The Honorable:          ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order To Show Cause Re Dismissal For Lack Of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. FED. R. CIV. P. 4(m).  Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States).  FED. R. CIV. P. 12(a).

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the Court, on its own motion, orders plaintiff to show cause *in writing* on or before **June 22, 2020,** why this action should not be dismissed for lack of prosecution.  Pursuant to Rule 78(b) of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted on that date.

Filing of the following on or before the date indicated above will constitute a satisfactory response to the Order to Show Cause:

- Defendant's Answer or Plaintiff's Request for Entry of Default
- Notice of Voluntary Dismissal (Fed. R. Civ. P. 41)

IT IS SO ORDERED.

                                                                                                             :
                                                                        **Initials of Preparer**          ib